IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES DELAMAR                                                                                          PETITIONER

v.                                             CIVIL No. 6:12-CV-6100

RAY HOBBS, Director                                                                                   RESPONDENT
Arkansas Department of Corrections


REPORT AND RECOMMENDATION

Now before the Court is Petitioner, **JAMES DELAMAR's**, Petition for Writ of *Habeas Corpus*. ECF No. 1. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), this case is referred to the undersigned by the Honorable Robert T. Dawson, District Judge for the Western District of Arkansas. For the following reasons, it is the recommendation of the undersigned that the Petition, ECF No. 2, be **DISMISSED without prejudice**.

I.    Discussion

Petitioner filed this matter *nunc pro tunc* on July 22, 2011. ECF No. 3. He challenges a September 27, 2007, conviction and sentence of the Clark County Arkansas Circuit Court. Petitioner has now filed a Motion to Dismiss Petition (ECF No. 7) stating there is a pending petition for writ of *habeas corpus* awaiting decision in the United States District Court for the Eastern District of Arkansas which addresses the same issues as those raised in this petition.[1] The Respondent has indicated he has no objection to a dismissal of this case as requested by Petitioner. ECF No. 8.

---

[1] Petitioner states his original attempt to file the Petition in the E.D. Arkansas was lost in the mail. He believes the instant Petition may be that lost pleading. In any event his case has been pending in the E.D. Arkansas for some time.

II.     **Conclusion:**

For the foregoing reasons, I recommend the Motion to Dismiss (ECF No. 7) be **GRANTED** the above-styled case be **DISMISSED** without prejudice.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

IT IS SO ORDERED this 17th day of September 2012.

        /s/ Barry A. Bryant
        HON. BARRY A.  BRYANT
        U. S. MAGISTRATE JUDGE