```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

JAMES DELAMAR                                              PETITIONER

    v.                      CIV. No. 12-6100

RAY HOBBS, Director, Arkansas
Department of Corrections                                  RESPONDENT

### ORDER

Now on this 10th day of October 2012, there comes on for consideration the Report and Recommendation filed herein on September 17, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's motion to dismiss (doc. 7) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                           /s/ Robert T. Dawson
                                         Honorable Robert T. Dawson
                                         United States District Judge